**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 09-6809**

—————————

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

  v.

LATONYA EVETTE MOORE,

  Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:01-cr-00196-1)

—————————

Submitted: August 20, 2009      Decided: August 27, 2009

—————————

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Latonya Evette Moore, Appellant Pro Se. Kevin Michael Comstock,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latonya Evette Moore appeals from the district court's order denying her motion to reduce her sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Moore, No. 2:01-cr-00196-1 (E.D. Va. filed Mar. 21, 2008; entered Mar. 24, 2008). We dispense with oral argument as the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

AFFIRMED